**FILED**

MAY 14 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05CR00740 |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING** |
| PERFECTO GALLARDO-GONZALEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, upon the parties' joint motion, that the sentencing hearing date currently set for May 18, 2010 be continued to June 1, 2010 at 9:00 a.m.

**SO ORDERED.**

Dated: May 13th, 2010

_/s/ Gordon Thompson Jr._
**HONORABLE GORDON THOMPSON JR.**
United States District Judge