FILED

MAY 2 5 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05CR00740 |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING** |
| PERFECTO GALLARDO-GONZALEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, upon the parties' joint motion, that the sentencing hearing date currently set for June 1, 2010 be continued to August 2, 2010 at 9:00 a.m.

**SO ORDERED.**

Dated: May 25, 2010

HONORABLE GORDON THOMPSON JR.
United States District Judge